**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** II **Investigating Agency** HSI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. 26-mj-5053-JGD

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number ______

Search Warrant Case Number ______

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Erpawi Roque Collado — Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: 25 Trotter Court, Apt 265, Boston, MA 02118

Birth date (Yr only): 1970 SSN (last 4#): ______ Sex: M Race ______ Nationality: Dominican

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Suzanne Sullivan Jacobus — Bar Number if applicable: 565071

**Interpreter:** ☑ Yes ☐ No — List language and/or dialect: Spanish

**Victims:** ☑ Yes ☐ No — If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/4/2026 Signature of AUSA: */s/ Suzanne Sullivan Jacobus*

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Erpawi Roque Collado

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 7 U.S.C. s. 2024(b) | Illegal Acquisition or Use of Supplemental Nutrition Assistance Program Benefits | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**