# AFFIDAVIT OF SPECIAL AGENT TIMOTHY TABER IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy Taber, having been sworn, state:

## Introduction and Agent Background

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since May 2018. I have received formal training in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a Special Agent with HSI, I was an Intelligence Analyst with the Federal Bureau of Investigation for approximately ten years, where I participated in a variety of investigations including violent gangs and drug trafficking. In 2005, I graduated from Northeastern University with a bachelor's degree in criminal justice and from Suffolk University in 2006 with a master's degree in criminal justice.

2. I am currently assigned to the HSI New England Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes. As part of this task force, I am responsible for conducting investigations involving, but not limited to, the manufacturing, counterfeiting, alteration, sale, and use of identity documents and other fraudulent documents to evade law enforcement or for other criminal activity. Due to my training and experience, as well as conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

3. I have participated in various aspects of investigations into the use and manufacture of fraudulent documents, including conducting physical surveillance, surveillance of controlled

purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses.

**Purpose of Affidavit**

4. I submit this affidavit in support of an application for a criminal complaint charging Erpawi Roque Collado ("COLLADO") with a violation of 7 U.S.C. § 2024(b), Illegal Acquisition or Use of Supplemental Nutrition Assistance Program ("SNAP") Benefits.

5. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested criminal complaint.

**Background Information on SNAP**

6. SNAP is a government benefit funded by the American taxpayer. Congress enacted SNAP to "promote the general welfare, to safeguard the health and well-being of the nation's population by raising levels of nutrition among low-income households." 7 U.S.C. § 2011. This program seeks to enable low-income households to obtain a more nutritious diet by increasing their food purchasing power.

7. Under the program, eligible households receive food stamps in the form of credits to an electronic benefit card to buy food from retail food stores that participate in SNAP. Food stamp benefits are obligations of the United States and redeemable at face value by the Secretary through the facilities of the Treasury of the United States. 7 U.S.C. § 2024(d). USDA administers

SNAP nationally. Individuals or families that are in need of SNAP benefits may apply for assistance through the Massachusetts Department of Transitional Assistance ("DTA").

8. To qualify for SNAP in Massachusetts, the applicant must be a resident of Massachusetts, meet the financial eligibility requirements, and be a United States citizen or an eligible non-citizen, such as Lawful Permanent Resident (LPR) who has earned, or can be credited with, 40 quarters of work. An applicant for SNAP benefits must also provide proof of their identity, *i.e.*, the applicant must be the person who they claim to be. An applicant must also furnish a Social Security number or provide proof that the applicant has applied for one.

9. Massachusetts uses the Electronic Benefit Transfer ("EBT") system for SNAP benefits. The EBT system uses plastic debit cards, which are automatically credited with the recipient's appropriate amount of benefits during certain times of each month. To access benefits, the recipient presents the card at an authorized retailer's location. The card is swiped through an electronic terminal device (commonly and hereinafter referred to as an "EBT terminal") which reads coded information on the card's magnetic strip. The transaction amount is deducted from the EBT card's balance and deposited into the retailer's account.

10. An applicant for SNAP benefits must provide complete and accurate information both at the time of application and on an ongoing basis in order to properly assess initial and continued eligibility for benefits. All applicants must acknowledge this in the application. It is unlawful to knowingly use, transfer, acquire, alter, or possess SNAP benefits in any manner contrary to Title 7 of United States Code or the regulations issued by the USDA. Violations of the section are punishable by a fine of not more than $250,000 or imprisonment for not more than twenty years. 7 U.S.C. § 2024(b).

## Probable Cause

11. The HSI New England DBFTF is currently investigating a group of persons who are believed to have obtained stolen identities of United States citizens, most of whom reside in Puerto Rico, and used those identities to obtain identity documents and public benefits that they would not otherwise be eligible to receive, such as Social Security numbers ("SSN"), SNAP, Supplemental Security Income ("SSI"), and MassHealth.

12. In January 2025, federal agents conducted an analysis of SNAP recipient data to detect identities (names, dates of birth, and Social Security numbers) receiving SNAP benefits in multiple states in the months of December 2024 and March 2023. It is unlawful for a person to receive SNAP benefits in more than one state in any month.

13. In December 2024, Massachusetts DTA issued SNAP benefits to approximately 495 identities simultaneously receiving SNAP benefits in Puerto Rico.

14. In December 2024, J.L.C. [1] received SNAP benefits in Massachusetts and Puerto Rico simultaneously. An identity receiving SNAP and other government benefits in more than one state simultaneously is an indicator of identity theft.

15. According to MA DTA records, on or about May 24, 2019, the individual claiming to be J.L.C. submitted an application for SNAP benefits. On the application, the applicant represented himself as J.L. with the date of birth xx-xx-1970, and SSN xxx-xx-1043, and signed the application under the penalty of perjury certifying that, among other things, he is a United

[1] The identity of victim J.L.C. is known to the government. The victim's full name is J.L.C. In order, these initials represent the victim's first name, paternal last name, and maternal last name. To protect the victim's privacy, only the initials "J.L.C." and "J.L." are used in this affidavit to reflect the variations of the victim's full name.

States citizen.[2] In addition to that application, also included as part of the MA DTA records is a photocopy of a MA ID card in the name of J.L., with a date of birth of xx-xx-1970, and bearing number Sxxxx4973 and containing COLLADO's photograph;[3] a photocopy of a Rhode Island ID card in the name J.L., depicting a date of birth of xx-xx-1970; and a SNAP application dated February 2, 2018, by an individual claiming to be J.L.C. with the date of birth xx-xx-1970, and SSN xxx-xx-1043.

16. According to MA DTA, between December 2016 and May 2025, the individual posing as J.L.C. received $24,128 in SNAP benefits from Massachusetts. The individual posing as J.L.C. received approximately $15,419 of that total amount of $24,128 in SNAP benefits from Massachusetts between February 2021 and May 2025.

**Use of the Victim J.LC. Identity at the MA RMV**

17. On or about February 7, 2011, the individual posing as J.L. appeared in person at a MA RMV service center and submitted a written application for a duplicate MA ID card. On the application, the applicant represented himself as J.L. with the date of birth xx-xx-1970, and SSN xxx-xx-1043, and listed a MA address. The applicant signed the application as J.L. under the penalty of perjury. For that MA ID card, the RMV used a photograph of the applicant that was already on file from August 21, 2003, which is pictured below:

[2] The SSN and DOB have been partially redacted herein. The redacted SSN and DOB referenced in the Affidavit are identical unless otherwise noted.
[3] The date on this document is November 10, 2014.



18. As a result of that application, the RMV issued the person purporting to be J.L. a MA ID card bearing number Sxxxx4973 containing the photograph captured by the RMV on August 21, 2003.

**MassHealth Benefits**

19. The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts. Providing false material information to obtain health benefits is unlawful. *See, e.g.*, 18 U.S.C. §§ 1035 and 1347.

20. According to MassHealth records, the individual using the J.L.C. identity (as discussed herein, later determined to be COLLADO started receiving MassHealth benefits in 2010. On or about June 10, 2025, the individual using the J.L.C. identity submitted an application for health coverage for incarcerated individuals.[4] On the application, the individual using the J.L.C. persona identified himself as J.L. with date of birth xx-xx-1970 and social security number xxx-xx-1043. The investigation has determined that between 2010 and 2025, approximately $125,889

---

[4] I have reviewed a booking sheet for an April 22, 2025, arrest under the name J.L.C. which depicts a photograph of COLLADO. The photograph is depicted in the bottom left photograph in paragraph 34 herein.

in MassHealth benefits were received by the individual claiming to be J.L.C.

**Pandemic Unemployment Assistance Fraud**

21. On or about May 7, 2020, a Pandemic Unemployment Assistance ("PUA") claim was filed with the Massachusetts Department of Unemployment Assistance ("DUA") for J.L.C., SSN xxx-xx-1043. The claim stated that, as of March 1, 2020, J.L.C. was unable to work due to the COVID-19 pandemic, reported $15,000 in earnings for FY 2019, and listed a home and a Boston mailing address. The claim included the email joelopez1917@yahoo.com and phone number xxx-xxx-2634. On the same day, $5,403 (representing nine weeks of benefits) was requested and paid into a Stride account ending in 4427.[5]

22. On or about June 3, 2020, DUA flagged the claim for identity verification. On or about June 18, 2020, DUA denied the claim due to failure to respond with proof of identity.

**Criminal History in Victim's Name**

23. According to a review of Massachusetts criminal history records in the name J.L.C. an individual listed as J.L.C. has 62 adult arraignments in Massachusetts and was first arraigned on a criminal charge on or about October 18, 1989.[6]

24. On April 22, 2025, COLLADO, using the alias name of J.L.C., was arraigned in Suffolk Superior Court for Possession of a Firearm Without a Permit (two counts), Possession of Ammunition With No Firearm Identification Card (four counts), Possession of a Large Capacity Weapon (four counts), and Possession of a Class B Controlled Substance. That case is pending.

---

[5] The investigation revealed the individual claiming to be J.L.C. applied for the bank account on May 7, 2020 and on May 11, 2020, he received his first CARES Act deposit. Between May 11, 2020 and August 12, 2020, that bank account received approximately $7,937.50 in credits and had approximately $7,921.97 in debits. As such, all of the money was spent. HSI is aware the money was not recovered.

[6] Additionally, several charges on his criminal record reflect dismissals.

*See* docket # 2484CR00188.[7]

25. In 1998, COLLADO, using the identity of J.L.C., was convicted in Bristol County Superior Court of Possession With Intent to Distribute a Class B substance and was sentenced to two years – two years and one day in prison. *See* docket # 9773CR0384. In 1993, COLLADO, using the identity of J.L.C., was convicted of Possession With Intent to Distribute a Class B substance (count one) and Conspiracy to Violate the Controlled Substance Act (count two) in New Bedford District Court and received an 18 month sentence suspended for three years on the drug conviction and a guilty file on the conspiracy conviction. *See* docket # 9333CR5524. On that same date in 1993 but in a separate case, COLLADO, using the identity of J.L.C., was convicted of Possession With Intent to Distribute cocaine (count one), Conspiracy to Violate the Controlled Substance Act (count two), and Unnatural Acts (count three) in New Bedford District Court. For count one, he received a three month sentence suspended for two years; and for counts two and three, he received a guilty file. *See* docket # 9233CR0404.[8]

**Second Fraudulent Identity**

26. On or about July 5, 1995, an individual posing as Z.B. with a date of birth of xx/xx/1970,[9] obtained a MA driver's license bearing number Sxxxx7417. The individual provided the MA RMV with a date of birth of xx-xx-1970. The RMV does not have any applications associated with this driving credential. The photograph associated with this credential depicts, COLLADO, the same individual that obtained MA ID card on February 7, 2011 in the J.L. identity. That photograph is depicted in paragraph 35 herein.

---

[7] The booking photo of the person I believe to be COLLADO is depicted in paragraph 34 herein.
[8] At present, HSI does not have the booking photos corresponding with the criminal cases outlined in this paragraph.
[9] I am aware of the full name and full date of birth but they are partially redacted herein.

**Interview of Victim J.L.C.**

27. On February 6, 2026, Social Security Administration Office of Inspector General Special Agent Tawnya Valdes ("Valdes") and I contacted the true J.L.C. by telephone. After explaining the nature of the call, J.L.C. confirmed his current address in Puerto Rico and stated he had never visited the continental United States and confirmed his name, date of birth xx-xx-970, and SSNxx-xx-1043. [10] Due to concerns about verifying our identity over the phone, J.L.C. declined to continue the conversation by telephone and requested an in-person interview. He was advised to visit the HSI office in San Juan, Puerto Rico the following week to complete the interview.

28. On February 9, 2026, J.L.C. visited the HSI office in San Juan, Puerto Rico, and met with HSI Group Supervisor Manny Gonzalez ("GS Gonzalez") for an interview. At some point during the interview, J.L.C. provided a Puerto Rican identification card depicting his photograph and dated December 2025. GS Gonzalez and J.L.C. contacted SA Valdes by telephone, during which J.L.C. confirmed his name, date of birth, and address. J.L.C. stated that he has never lived in or visited Massachusetts or any other states. He denied ever applying for Social Security Administration (SSA) benefits, Massachusetts Health benefits, or Massachusetts SNAP benefits. J.L.C. indicated that he has applied for unemployment benefits in Puerto Rico and has previously received food assistance in Puerto Rico.

29. J.L.C. also denied ever applying for a U.S. passport or a MA driver's license or ID. He stated he previously held a Puerto Rico driver's license and currently possesses a Puerto Rico identification card. J.L.C. recalled losing his wallet approximately 15 years ago while riding a

[10] The Social Security Administration, Office of Inspector General has confirmed that social security number xxx-xx-1043 is assigned to J.L.C.

public transportation bus to work. He explained that he once received mail from a pet grooming company in Miami, Florida regarding a debt, as well as other unrelated documents. J.L.C. related that after the pandemic, he received a suspicious phone call during which the caller asked numerous questions.

30. J.L.C. is currently not working, as he cares for his mother due to her medical issues. He expressed significant distress about the identity theft situation, including concerns about his ability to receive benefits and the possibility of incurring fraudulent debts. J.L.C. was shown a photograph of COLLADO,[11] the individual residing in Massachusetts who has been using J.L.C.'s identity to obtain SNAP benefits and MassHealth benefits, and J.L.C. stated he did not recognize the person.

31. I have also obtained a record of the Puerto Rico's Driver and Vehicle Information Database ("DAVID") associated with the Puerto Rico driver's license of J.L.C. The record indicates that J.L.C. has the date of birth of xx-xx-1970 and SSN xx-xx-1043. The record also contains a photograph of the mean whom I believe to be the real J.L.C. and that photograph is contained and described in paragraph 34 below.

**Imposter's True Identity**

32. The investigation determined that the individual posing as J.L.C. had the name of Erpawi Roque Collado ("COLLADO"), date of birth xx-xx-1972, [12] which is listed as an alias on the Massachusetts criminal history record of the individual posing as J.L.C.

33. On or about December 2, 2009, COLLADO was arrested by the MA State Police

[11] The photo of COLLADO shown to J.L.C. was the August 2006 photograph of COLLADO which is depicted in paragraph 35 herein.
[12] I am aware of the full date of birth but it is partially redacted herein.

for motor vehicle violations and outstanding warrants. *See* Woburn District Court docket # 0953CR003100. During the arrest, the individual admitted to using the alias Erpawi Roque.

34. Immigration records indicate that COLLADO was born in the Dominican Republic. On or about December 5, 1984, COLLADO entered the United States on an IR-2 visa, as a child of a U.S. citizen.[13] The investigation has determined that COLLADO is a legal permanent resident who has never naturalized.

35. Based on a comparison of the first four of the five photographs depicted below, I believe the individual depicted in those four photographs is COLLADO, the same individual who claimed to be J.L.C. Specifically, the top left is an undated photograph of COLLADO as a minor which is included in his immigration file; the top middle is a 1995 MA DL photograph of COLLADO using the alias of Z.B.; the top right is a 2012 booking photograph of COLLADO using the J.L. identity (*see* docket #1252CR003037); the bottom left is a 2025 booking photograph of COLLADO using the J.L. identity (*see* docket # 2484CR00188); and the bottom right is a June 2016 driver's license photograph from Puerto Rico depicting the real J.L.C.





[13] Upon entry into the United States as an IR-2, that minor becomes a Legal Permanent Resident ("LPR").


[redacted]

36. Based on the foregoing information, I believe the imposter's true identity is Erpawi Roque Collado, a Lawful Permanent Resident, born in the Dominican Republic. I further believe that he is not J.LC., whom he claimed to be in Massachusetts driver's license applications, in seeking Massachusetts SNAP benefits, and, in obtaining MassHealth benefits.

**Conclusion**

37. I submit there is probable cause to believe that from between December 2016 through on or about May 2025, COLLADO, did knowingly use, transfer, acquire, or possess SNAP benefits in any manner contrary to Chapter 51 of Title 7 of the United States Code or the regulations issued pursuant thereto, in an amount of $5,000 or more, in violation of 7 U.S.C. § 2024(b).

Sworn to under the pains and penalties of perjury,

Special Agent Timothy Taber
Homeland Security Investigations

**Mar 4, 2026**

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1 this ___ day of March 2026.

HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE