UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERPAWI ROQUE COLLADO,<br><br>Defendant | ) Criminal No. 26CR10128<br>)<br>)<br>) Violations:<br>)<br>)<br>) Count One: Unauthorized Use,<br>) Transfer, Acquisition, Alteration, or<br>) Possession of SNAP Benefits Over<br>) $100; Aiding and Abetting<br>) (7 U.S.C. § 2024(b) and 18 U.S.C.<br>) § 2)<br>)<br>) Count Two: Theft of Government<br>) Money; Aiding and Abetting<br>) (18 U.S.C. §§ 641 and 2)<br>)<br>) Count Three: Aggravated Identity<br>) Theft; Aiding and Abetting<br>) (18 U.S.C. §§ 1028A(a)(1) and 2)<br>)<br>) SNAP Fraud Forfeiture Allegation:<br>) (18 U.S.C. § 981(a)(1)(C) and 28<br>) U.S.C. § 2461) |

INDICTMENT

COUNT ONE
Unauthorized Use, Transfer, Acquisition, Alteration, or Possession of
SNAP Benefits; Aiding and Abetting
(7 U.S.C. § 2024(b) and 18 U.S.C. § 2)

The Grand Jury charges:

From on or between April 2021, through on or about May 2025, in the District of

Massachusetts, the defendant,

ERPAWI ROQUE COLLADO,

knowingly used, transferred, acquired, and possessed benefits having a value of $5,000 or more in

1

a manner not authorized by Title 7, United States Code, Chapter 51 and the regulations issued pursuant to Chapter 51, that is, by falsely claiming to be Victim 1.

All in violation of Title 7, United States Code, Section 2024(b) and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>
Theft of Government Money; Aiding and Abetting
(18 U.S.C. §§ 641 and 2)

The Grand Jury further charges:

From on or between April 2021, through on or about May 2025, in the District of

Massachusetts, the defendant,

ERPAWI ROQUE COLLADO,

did, on a recurring basis, knowingly and willfully embezzle, steal, purloin, and convert to his use

and the use of another, any money and thing of value of the United States and of any department

and agency thereof, in a total amount greater than $1,000, namely, Supplemental Nutrition

Assistance Program Benefits having a value of at least $10,350.

All in violation of Title 18, United States Code, Sections 641 and 2.

<u>COUNT THREE</u>
Aggravated Identity Theft; Aiding and Abetting
(18 U.S.C. §§ 1028A(a)(1) and 2)

The Grand Jury further charges:

From on or between April 2021, through on or about May 2025, in the District of Massachusetts, the defendant,

ERPAWI ROQUE COLLADO,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, Theft of Government Money, as charged in Count Two.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

4

## SNAP FRAUD FORFEITURE ALLEGATION
### (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of one of more of the offenses in violation of Title 7, United States Code, Section 2024(b), and Title 18, United States Code, Section 641, set forth in Counts One and Two, the defendant,

ERPAWI ROQUE COLLADO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following asset:

    a. at least $10,350 to be entered in the form of a forfeiture money judgment.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

█████████

FOREPERSON


*Suzanne Sull Jacobus*
SUZANNE SULLIVAN JACOBUS
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: APRIL 23, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn Jr.  4/23/2026 @ 4:05pm

DEPUTY CLERK